IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CR-120-D

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          **ORDER**
                                  )
MICHAEL RENARD HARRISON,          )
                                  )
                Defendant.        )

Michael Renard Harrison moved for early termination of his supervised release [D.E. 31].

The United States Probation Office does not support the request for early termination [D.E. 33]. The

court agrees with the Probation Office.

Given defendant's criminal history and serious offense of conviction, Harrison's motion for

early termination [D.E. 31] is DENIED.

SO ORDERED. This 30 day of October, 2023.

JAMES C. DEVER III
United States District Judge